NOT DESIGNATED
FOR PUBLICATION

# COURT OF APPEAL, FIRST CIRCUIT
# STATE OF LOUISIANA

RE: Docket Number 2019-CA-0730

CamSoft Data Svstems, Inc.
- - Versus - -
Southern Electronics Supply, Inc. and Active Solutions, LLC

19th Judicial District Court
Case #: 582741
East Baton Rouge Parish

On Application for Rehearing filed 0n 07/16/2019 by Dell Inc. and Dell Marketing, L.P.

Rehearing _____ **DENIED** _____

*Crain, J. dissents and would grant.*

_____
William J. Crain

_____
Mitchell R. Theriot

_____
Guy Holdridge

Date **AUG 0 7 2019** _____

_____
Rodd Naquin, Clerk